JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| BAKERY AND CONFECTIONERY UNION AND INDUSTRY INTERNATIONAL PENSION FUND et al., | Case No.: LA CV18-02557 JAK (AGRx) |
|---|---|
| Plaintiffs, | **ORDER RE STIPULATION RE DISMISSAL WITH PREJUDICE (DKT. 77)** |
| vs. | |
| JAKMA, INC., d/b/a SCHWARTZ BAKERY | |
| Defendant. | |

Pursuant to the stipulation of dismissal filed by the parties under Fed. R. Civ. P. 41(a)(1)(ii), the Court finds good cause to **GRANT** the Stipulation. Accordingly, this case is ordered dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: October 18, 2019

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE